UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Autumn Court Operating Company LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Healthcare Ventures of Ohio LLC, et al.<br><br>Defendants. | Case No. 2:20-cv-4901<br><br>Judge Marbley<br><br>Magistrate Judge Vascura |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS'
SECOND AMENDED VERIFIED COMPLAINT WITHOUT PREJUDICE**

All of the Plaintiffs, by and through their undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), provide notice to the Court and all counsel of record of the dismissal of their Second Amended Verified Complaint (Doc. 62), without prejudice.

    Respectfully submitted,

    */s/ Christopher B. Burch*
    Gary S. Batke (0030329)
    Christopher B. Burch (0087852)
    Elizabeth E. Cary (0090241)
    Bailey Cavalieri LLC
    10 W. Broad Street, Suite 2100
    Columbus, OH 43215
    Telephone No. (614) 221-3155
    Facsimile No. (614) 221-0479
    Email:  gbatke@baileycav.com
    Email:  cburch@bailecav.com
    Email:  ecary@baileycav.com

*Attorneys for Plaintiffs Autumn Court Operating Company LLC, Brookview Operating Company LLC, Columbus Alzheimers Operating Company LLC, Dublin Convalarium Operating Company LLC, Cridersville Skilled Nursing Facility Operating Company LLC, Gardens At Celina Operating Company LLC, Gardens At Paulding Operating Company LLC, Gardens At St Henry Operating Company LLC, Heatherdowns Operating Company LLC, Mccrea Operating Company LLC, And Oak Grove Manor Operating Company LLC*

        */s/Rick L. Brunner by Christopher B. Burch per telephone authority 3-23-21*
        Rick L. Brunner (0012998)
        Patrick M. Quinn (0081692)
        Brunner Quinn
        35 North 4th Street, Suite 200
        Columbus, Ohio 43215
        Telephone No. (614) 241-5550
        Facsimile No. (614) 241-5551
        Email: rlb@brunnerlaw.com
        Email: pmq@brunnerlaw.com

*Attorneys for Plaintiffs Ralph Hazelbaker, HG Property Services Corp. and First Ohio Investors I, LLC*

        */s/Andrew Gerling, by Christopher B. Burch per email authority 3-23-21*
        Andrew Gerling (0087605)
        Doucet Gerling, Co., L.P.A
        655 Metro Place South, Suite 600
        Dublin, OH 43017
        andrew@doucet.law

*Attorneys for Plaintiffs HVO Windup LLC, and Greggory St. Clair*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 23, 2021, the foregoing was served by the Court's CM/ECF system on all parties of record and via email upon the following parties:

Quintin Lindsmith, Esq.
qlindsmith@bricker.com

Ali Haque, Esq.
ahaque@bricker.com

*Counsel for Defendants*

*/s/ Christopher B. Burch*
Christopher B. Burch
